**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Nicholaus Heiner** | Social Security number or ITIN **xxx–xx–5335** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of Utah** | | Date case filed for chapter **7:  1/31/23** |
| Case number: **23–20335  WTT** | | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Nicholaus Heiner | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5167 West Wake Robin Drive<br>West Jordan, UT 84081 | |
| 4. | **Debtor's attorney**<br>Name and address | Derek B. Beutler<br>Beutler Law<br>1218 West South Jordan Parkway<br>Suite C<br>South Jordan, UT 84095 | Contact phone 801–657–5040<br><br>Email: jennelle@beutler–law.com |
| 5. | **Bankruptcy trustee**<br>Name and address | David L. Miller tr<br>P.O. Box 9<br>Farmington, UT 84025–0009 | Contact phone (801) 447–8777<br><br>Email: davidlmillerpc@msn.com |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**
Date Generated: 2/6/23   For more information, see page 2 >

| 6. | **Bankruptcy clerk's office** | United States Bankruptcy Court District of Utah | Hours open: 8:00 AM to 4:30 PM, Monday – Friday |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 350 South Main #301 Salt Lake City, UT 84101 Clerk of Court: David A. Sime | Contact phone: (801) 524–6687 Website: www.utb.uscourts.gov |

| 7. | **Meeting of creditors** | The meeting may be continued or adjourned to a later date. | Meeting to be held on: **February 28, 2023 at 02:00 PM** |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (385) 363–3850, Enter Meeting ID 588 866 9179, and Passcode 3882695630** |
| | | For additional meeting information go to https://www.justice.gov/ust/moc | |

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline:** 5/1/23 |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br>**You must file a motion:** <br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:** <br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
| | Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|

United States Bankruptcy Court
District of Utah

| | |
|---|---|
| In re: | Case No. 23-20335-WTT |
| Nicholaus Heiner | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1088-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 06, 2023 | Form ID: 309A | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholaus Heiner, 5167 West Wake Robin Drive, West Jordan, UT 84081-5351 |
| 12152921 | | Allstate Insurance Company, PO Box 4344, Carol Stream, IL 60197-4344 |
| 12152922 | + | Bright/ Coastal Communication, 5415 EVERGREEN WAY EVERETT, Everett, WA 98203-3646 |
| 12152934 | + | EZ Rent to Own, 4051 South Redwood Road, Salt Lake City, UT 84123-1131 |
| 12152939 | + | Intermountain Legal, 2159 South 700 East, Ste. 240, Salt Lake City, UT 84106-4384 |
| 12152941 | + | Law Office of Brody Valerga, PO Box 1178, American Fork, UT 84003-1101 |
| 12152943 | | Money For You, 7057 South State St, Midvale, UT 84047 |
| 12152944 | | Mountain Medical Physician Specialists, PO Box 30015, Salt Lake City, UT 84130-0015 |
| 12152945 | + | Mountain West Anesthesia, 3340 North Center Street, Ste. 800, Lehi, UT 84043-7406 |
| 12152947 | + | National DME, 7757 South Allen Street, Midvale, UT 84047-7227 |
| 12152946 | + | National Debt Relief, 180 Maiden Ln, 30th Floor, New York, NY 10038-5019 |
| 12152949 | + | Opensky CBNK, 10700 PARKRIDGE BLVD STE RESTON, Reston, VA 20191-5452 |
| 12152950 | | Possible Financial, 177 East Louisa Street, Suite 299, Seattle, WA 98102 |
| 12152951 | + | Rodeo Auto, 8224 North Freeway, Houston, TX 77037-3608 |
| 12152953 | + | Tanner Clinic, 2121 N 1700 W, Layton, UT 84041-1185 |
| 12152958 | + | Wiseloan, 3500 Hulen Street, Ste. 201, Fort Worth, TX 76107-6812 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jennelle@beutler-law.com | Feb 06 2023 23:15:00 | Derek B. Beutler, Beutler Law, 1218 West South Jordan Parkway, Suite C, South Jordan, UT 84095 |
| tr | | EDI: FDLMILLER.COM | Feb 07 2023 04:14:00 | David L. Miller tr, P.O. Box 9, Farmington, UT 84025-0009 |
| 12152920 | + | Email/Text: bankruptcy@acimacredit.com | Feb 06 2023 23:16:00 | Acima Digital FKA Simp, 13907 South Minuteman Drive, Draper, UT 84020-9869 |
| 12152923 | + | EDI: CAPITALONE.COM | Feb 07 2023 04:14:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 12152924 | + | Email/Text: banko1@cpicollects.com | Feb 06 2023 23:16:00 | Collection Professionals Inc, 29 North Connor, Sheridan, WY 82801-4306 |
| 12152925 | + | EDI: CCS.COM | Feb 07 2023 04:14:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 12152926 | + | EDI: CCS.COM | Feb 07 2023 04:14:00 | Credit Control Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 12152927 | + | EDI: DISCOVER.COM | Feb 07 2023 04:14:00 | DISCOVER BANK, PO BOX 30939, Salt Lake City, UT 84130-0939 |
| 12152929 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Feb 06 2023 23:20:55 | Exeter Finance LLC, 2250 West John Carpenter Fwy #100, Irving, TX 75063-2765 |
| 12152928 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Feb 06 2023 23:20:52 | Exeter Finance LLC, 2101 West John Carpenter FWY, Irving, TX 75063-3228 |
| 12152930 | + | Email/Text: bankruptcy@expressrecovery.com | | |

Case 23-20335   Doc 13   Filed 02/08/23   Entered 02/08/23 22:21:15   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 1088-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 06, 2023 | Form ID: 309A | Total Noticed: 39 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | Feb 06 2023 23:16:00 | Express Recovery Services, 2790 Decker Lake Dr, Salt Lake City, UT 84119-2057 |
| 12152936 | EDI: LCIICSYSTEM | Feb 07 2023 04:14:00 | IC System Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 12152937 | EDI: LCIICSYSTEM | Feb 07 2023 04:14:00 | IC System INC, 444 HWY 96 E, Saint Paul, MN 55127-2557 |
| 12152940 | + EDI: IRS.COM | Feb 07 2023 04:14:00 | IRS, 178 S Rio Grande St, Salt Lake City, UT 84101-1501 |
| 12152938 | Email/Text: intermountainhealthcare.bankruptcy@r1rcm.com | Feb 06 2023 23:16:00 | Intermountain Healthcare Financial Servi, PO Box 30193, Salt Lake City, UT 84130-0193 |
| 12152942 | Email/Text: ml-ebn@missionlane.com | Feb 06 2023 23:15:00 | Mission Lane Tab Bank, 101 2nd Street, Ste. 350, San Francisco, CA 94105 |
| 12152948 | Email/Text: bankruptcydocs@osla.org | Feb 06 2023 23:16:00 | OK Student Loan Authority, 525 Central Park Drive, Ste. 600, Oklahoma City, OK 73105 |
| 12152952 | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Feb 06 2023 23:15:00 | Sezzle INC, 251 1st Avenue North, Ste. 200, Minneapolis, MN 55401 |
| 12153488 | + EDI: RMSC.COM | Feb 07 2023 04:14:00 | Synchrony Bank, Care of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 12152954 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 06 2023 23:15:00 | TBOM / ATLS / Aspire, 5 Concourse Parkway, Ste. 400, Atlanta, GA 30328-9114 |
| 12152955 | Email/Text: collections@transformcredit.com | Feb 06 2023 23:15:00 | Transform Credit INC, 332 South Michigan Avenue, 9th Floor, Chicago, IL 60604 |
| 12152956 | + Email/Text: collections@healthcare.utah.edu | Feb 06 2023 23:16:00 | Univeristy of Utah Health, 127 South 500 East, Suite 100, Salt Lake City, UT 84102-1975 |
| 12152957 | + EDI: UTAHTAXCOMM.COM | Feb 07 2023 04:14:00 | Utah State Tax Commission, 210 N 1950 W, Salt Lake City, UT 84134-9000 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12152935 | *+ | EZ Rent to Own, 4051 South Redwood Road, Salt Lake City, UT 84123-1131 |
| 12152931 | *+ | Express Recovery Services, 2790 Decker Lake Dr, Salt Lake City, UT 84119-2057 |
| 12152932 | *+ | Express Recovery Services, 2790 Decker Lake Dr, Salt Lake City, UT 84119-2057 |
| 12152933 | *+ | Express Recovery Services, 2790 Decker Lake Dr, Salt Lake City, UT 84119-2057 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 08, 2023          Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David L. Miller tr | davidlmillerpc@msn.com  dlm50@trustesolutions.net |
| Derek B. Beutler | on behalf of Debtor Nicholaus Heiner  jennelle@beutler-law.com  derek@beutler-law.com;lawbr98184@notify.bestcase.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 3